IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kim, Walker

Printed: 11/6/07

Case Number: 07 B 11838
Judge: Squires, John H

Filed: 7/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 26, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Deutsche Bank National Trustee | Secured | 0.00 | 0.00 |
| 2. | First Franklin Financial | Secured | 0.00 | 0.00 |
| 3. | First Franklin Financial | Unsecured | 0.00 | 0.00 |
| 4. | Deutsche Bank National Trustee | Unsecured | 0.00 | 0.00 |
| 5. | American Express | Unsecured | 42,890.36 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
|   |   |   | $ 42,890.36 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_